UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 1:07-CR-194

KAREN LEE CARRIZALES,                HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed October 17, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Karen Lee Carrizales's plea of guilty to the Indictment is accepted. Defendant Karen Lee Carrizales is adjudicated guilty.

3. Defendant Karen Lee Carrizales shall be detained pending sentencing.

                                          /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
      November 1, 2007              SENIOR UNITED STATES DISTRICT JUDGE